**Order filed September 29, 2016**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-16-00270-CV**
_____

**TANZA ABDULLAH, Appellant**

**V.**

**AMERICAN MACHINE CORP., Appellee**

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 1060777**

## O R D E R

Appellant's brief was due July 22, 2016. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 20, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM